IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

DWIGHT SAULSBERRY                                                                           PLAINTIFF

V.                                                     CAUSE NO.: 2:12CV083-SA-DAS

MICHAEL ASTRUE, Commissioner
Of Social Security                                                    DEFENDANT

ORDER ADOPTING REPORT & RECOMMENDATION

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge filed August 16, 2013, and the August 30, 2013, objections thereto, the Court finds that there was substantial evidence to support the ALJ's decision that Plaintiff was not disabled. Plaintiff's Objections are overruled. The Court further concludes that the Magistrate Judge's Report and Recommendation should be adopted as the finding of the Court.

It is, therefore, ORDERED:

1. That the Report and Recommendation of the United States Magistrate Judge dated August 16, 2013, is hereby APPROVED AND ADOPTED as the opinion of the Court;

2. That the decision of the Commissioner is AFFIRMED;

3. That the instant case is hereby DISMISSED WITH PREJUDICE; and

4. That this case is CLOSED.

THIS, the 23rd day of September, 2013

                                                                       **/s/ Sharion Aycock**

                                                                       **U.S. DISTRICT JUDGE**